**15UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. CV 15-07540-CJC(AGRx)            Date: December 17, 2015

Title: <u>DE ROSA V. TRI-UNION SEAFOODS, LLC ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                 None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

       Plaintiff Donna De Rosa brings this action against Defendants Tri-Union Seafoods, LLC, Tri-Union Frozen Products, Inc., and Thai Union Group, PCL, for violations of the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*, the California Consumers Legal Remedies Act, Cal. Civ. Code § 1750 *et seq.*, and the California False Advertising Law, Cal. Bus. & Prof. Code § 17500, *et seq.* On December 9, 2015, the Court dismissed the complaint in a related case, *Barber v. Nestle USA Inc.*, based on the safe harbor doctrine. *See* Case No. 15-cv-01364-CJC-AGR (Dkt. 39 Dec. 9, 2015). The Court notes that Plaintiff's claims in this action are very similar to the claims at issue in *Barber* and suspects that the safe harbor doctrine may also require dismissal of these claims. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why this action should not be dismissed for the reasons stated in the order dismissing the complaint in *Barber*. A response is due on January 7, 2016.

sr

MINUTES FORM 11
CIVIL-GEN                                                                     Initials of Deputy Clerk MKU