| | |
|---|---|
| 1 | Elaine T. Byszewski (SBN 222304) |
| 2 | Christopher R. Pitoun (SBN 290235) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 3 | 301 N. Lake Avenue, Suite 203 |
|   | Pasadena, CA 91101 |
| 4 | Telephone:  (213) 330-7150 |
|   | *elaine@hbsslaw.com* |
| 5 | *christopherp@hbsslaw.com* |
| 6 | |
|   | *Attorneys for Plaintiffs and the Proposed Class* |
| 7 | |
| 8 | Layne H. Melzer |
|   | RUTAN & TUCKER, LLP |
| 9 | 611 Anton Boulevard, 14th Floor |
|   | Costa Mesa, CA 92626 |
| 10 | Telephone:  (714) 641-5100 |
|   | *lmelzer@rutan.com* |
| 11 | |
| 12 | *Attorneys for Defendants Tri-Union Seafoods,* |
|   | *LLC and Tri-Union Frozen Products, Inc.* |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DONNA DE ROSA, individually and on behalf of all others similarly situated, | No.  2:15-cv-07540-CJC (AGRx) |
| | <u>CLASS ACTION</u> |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| TRI-UNION SEAFOODS, LLC, a California corporation d/b/a Chicken of the Sea International; TRI-UNION FROZEN PRODUCTS, INC., a Delaware corporation d/b/a Chicken of the Sea Frozen Products, and THAI UNION GROUP, PCL, a Thai corporation d/b/a Thai Union Frozen Products, PCL, | Judge:  Hon. Cormac J. Carney |
| | Complaint filed: Sept. 25, 2015 |
| Defendants. | |

JOINT STIP TO EXTEND TIME
TO RESPOND TO COMPLAINT
2:15-cv-07150-CJC (AGRx)
010539-14  838458 V1

Plaintiff Donna De Rosa ("Plaintiff") and defendants Tri-Union Seafoods, LLC and Tri-Union Frozen Products, Inc. ("Defendants") (Defendants collectively with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 25, 2015, Plaintiff commenced this action against Defendants.

WHEREAS, on December 1, 2015, Defendants each signed a Notice and Acknowledgment of Receipt of Summons and Complaint, which requires defendants to move, plead, or otherwise respond to the complaint by December 22, 2015;

WHEREAS, on December 17, 2015 the Court issued an order to show cause why this action should not be dismissed, with a response due by Plaintiff on January 7, 2016; and

WHEREAS, the Parties agree that Defendants should not have an obligation to respond to the complaint until the Court has ruled on the order to show cause ;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

(1)  that the deadline for Defendants to file a response to the complaint will be held in abeyance pending the Court's ruling on the order to show cause.

DATED:     December 18, 2015          HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Elaine T. Byszewski*
Elaine T. Byszewski
Christopher R. Pitoun
301 N. Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone:  (213) 330-7150
*elaine@hbsslaw.com*
*christopherp@hbsslaw.com*

*Attorneys for Plaintiff and the Proposed Class*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        By: */s/ Layne H. Melzer*
        Layne H. Melzer
        RUTAN & TUCKER, LLP
        611 Anton Boulevard, 14th Floor
        Costa Mesa, CA 92626
        Telephone:  (714) 641-5100
        *lmelzer@rutan.com*

        *Attorneys for Defendants Tri-Union Seafoods, LLC and Tri-Union Frozen Products, Inc.*

    I, Elaine T. Byszewski, hereby attest that Layne H. Melzer of Rutan & Tucker, LLL, counsel of record for Defendants in this action, authorized this filing and concurred in its content.

        */s/ Elaine T. Byszewski*
          Elaine T. Byszewski

JOINT STIP TO EXTEND TIME
TO RESPOND TO COMPLAINT
2:15-cv-07150-CJC (AGRx)

- 2 -