1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| DONNA DE ROSA, individually and on behalf of all others similarly situated,<br><br>                                   Plaintiff,<br><br>     v.<br><br>TRI-UNION SEAFOODS, LLC, a California corporation d/b/a Chicken of the Sea International; TRI-UNION FROZEN PRODUCTS, INC., a Delaware corporation d/b/a Chicken of the Sea Frozen Products, and THAI UNION GROUP, PCL, a Thai corporation d/b/a Thai Union Frozen Products, PCL,<br>                                   Defendants. | No.  2:15-cv-07540-CJC (AGRx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br><br>Judge:  Hon. Cormac J. Carney<br> Complaint filed: Sept. 25, 2015 |

[PROPOSED] ORDER GRANTING
JOINT STIP TO EXTEND TIME
TO RESPOND TO COMPLAINT
2:15-cv-07150-CJC (AGRx)
010539-14  838499 V1

# [PROPOSED] ORDER

Good cause appearing, the Court orders that, pursuant to the parties' stipulation, the deadline for Defendants to file a response to the complaint will be held in abeyance pending the Court's ruling on the order to show cause.

IT IS SO ORDERED.


DATED: _____, 2015       _____
                                  United States District Judge
                                  Hon. Cormac J. Carney

[PROPOSED] ORDER GRANTING
JOINT STIP TO EXTEND TIME
TO RESPOND TO COMPLAINT                - 1 -
2:15-cv-07150-CJC (AGRx)