# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DONNA DE ROSA,<br><br>Plaintiff,<br><br>v.<br><br>TRI-UNION SEAFOODS, LLC ET AL.,<br><br>Defendants. | Case No.: CV 15-07540-CJC(AGRx)<br><br>JUDGMENT |

Pursuant to the Court's January 15 Order, it is HEREBY ADJUDGED that Plaintiff's complaint is dismissed with prejudice.

DATED:   January 15, 2016

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE

-1-